■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TODD CHANEY, Appellant.—Judgment unanimously affirmed.

Memorandum: Defendant contends that the People's evidence was legally insufficient to support his conviction of murder in the second degree (Penal Law § 125.25 [1]). Viewing the evidence in the light most favorable to the People and granting it all favorable inferences *(see, People v Ford,* 66 NY2d 428, 436), we conclude that a valid line of reasoning exists to sustain the jury's verdict *(see, People v Bleakley,* 69 NY2d 490, 495).

Defendant also contends that he was denied a fair trial by prosecutorial misconduct during cross-examination and summation. Because objection was made to only one of these alleged errors, these claims are largely unpreserved for our review *(see,* CPL 470.05 [2]; *People v Dawson,* 50 NY2d 311, 324). Further, many of the alleged prosecutorial improprieties on summation, including the only comment objected to, were fair comment in response to defense counsel's closing statement *(see, People v Anthony,* 24 NY2d 696, 703-704; *People v Rubin,* 101 AD2d 71, 77-78). Although the prosecutor acted overzealously, impermissibly bolstering and vouching for his own witnesses and in one instance calling defendant a liar, we cannot say under all the circumstances that defendant was deprived of a fair trial *(see, People v Widger,* 126 AD2d 962, *lv denied* 69 NY2d 1011; *People v Barnes,* 109 AD2d 179, 186; *People v Roopchand,* 107 AD2d 35, 36, *affd* 65 NY2d 837).

We have reviewed defendant's remaining contention and find it to be without merit. (Appeal from judgment of Jefferson County Court, Clary, J.—murder, second degree.) Present— Denman, J. P., Boomer, Balio, Lawton and Davis, JJ.